No. 96–8641. PANDEY v. GRAHAM ET AL. App. Ct. Mass. Certiorari denied. JUSTICE BREYER took no part in the consider-

ation or decision of this petition.